

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-00620-M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| ) | 18 U.S.C. § 3143(a) |
| GUADALUPE PEREZ, JR., ) | Allegations of Violations of |
| aka: LUPE PEREZ, ) | Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the _Western District of Texas_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

    The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by conditions of release_

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: March 12, 2008

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE